**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50505 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-01282-BEN |
| v. | |
| SANTOS JIMENEZ-ARRIAGA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted July 24, 2013**

Before:     ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Santos Jimenez-Arriaga appeals from the district court's judgment and

challenges his guilty-plea conviction and 48-month sentence for being a removed

alien found in the United States, in violation of 8 U.S.C. § 1326.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Jimenez-Arriaga's counsel has filed a

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Jimenez-Arriaga has filed a pro se supplemental brief. No answering brief has been filed.

Jimenez-Arriaga has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Jimenez-Arriaga's motion for appointment of substitute counsel is denied.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**